DOWDELL, J.—The finding of the chancellor is affirmed.

TYSON, C. J., ANDERSON and McCLELLAN, JJ., concur.

---

## WALLACE, ET AL. V. SILVEY & CO.

*Equity.*

(Decided Jan. 12, 1909.)

APPEAL from Cleburne Chancery Court.

Heard before Hon. W. W. WHITESIDE.

No counsel marked for either party.

Per curiam. Affirmed on certificate.

---

## WHARTON V. HENDERSON MACHINE CO.

*Assumpsit.*

(Decided Jan. 21, 1909.)

APPEAL from Conecuh Circuit Court.

Heard before Hon. J. C. RICHARDSON.

STALLWORTH & BURNETT, and J. A. STALLWORTH, for appellant. HAMILTON & CRUMPTON, for appellee.

ANDERSON, J.—The judgment of the circuit court is affirmed.

TYSON, C. J., DOWDELL and McCLELLAN, JJ., concur.

---

## WINZERLING, ET AL. V. MATTHEWS.

*Equity.*

(Decided Jan. 21, 1909.)

APPEAL from Mobile Chancery Court.

Heard before Hon. THOMAS H. SMITH.

SULLIVAN & STALLWORTH, for appellant. L. H. & E. W. FAITH, for appellee.

ANDERSON, J.—Affirmed on the facts.

TYSON, C. J., DOWDELL and McCLELLAN, JJ., concur.